# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Remedios Valdepena,** | ) |
| | ) |
|      **Plaintiff,** | ) |
| | ) |
| **V.** | )   Case No. 11-00991-CV-W-JTM |
| | ) |
| **Research Psychiatric Center,** | ) |
| | ) |
|      **Defendant.** | ) |

## ORDER

With the consent of the Honorable Greg Kays, and pursuant to the requirement of Local Rule 83.9 that related cases shall be transferred to the judge with the earliest filed case, it is

**ORDERED** that, inasmuch as this matter is related to 11-00547-CV-W-DGK, the Clerk of the Court shall transfer this case to Judge Kays for all further proceedings.

                                             */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**